No. 77–6516. Lentini v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6521. Scott v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–6549. Collins v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6558. Magda v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–6569. Gonzalez v. United States. C. A. 1st Cir. Certiorari denied.

No. 77–6575. Morris v. Morton-Norwich Products, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 77–6617. Wampler v. Oregon. Ct. App. Ore. Certiorari denied.

No. 77–6619. Anderson v. Wynne, Clerk of Superior Court, Martin County, et al. C. A. 4th Cir. Certiorari denied.

No. 77–6622. Moore v. Wageley, Correctional Superintendent. C. A. 4th Cir. Certiorari denied.

No. 77–6626. Doctor v. Ray, Governor of Washington, et al. C. A. 9th Cir. Certiorari denied.

No. 77–6628. Tatum v. Golden et al. C. A. 8th Cir. Certiorari denied.

No. 77–6630. Smith v. Cowan, Warden; and
No. 77–6631. Randolph v. Cowan, Warden. C. A. 6th Cir. Certiorari denied.